1 │ HEATHER E. WILLIAMS, #122664
  │ Federal Defender
2 │ TIMOTHY ZINDEL, #158377
  │ Assistant Federal Defender
3 │ 801 I Street, 3rd Floor
  │ Sacramento, CA  95814
4 │ Tel: 916-498-5700/Fax 916-498-5710
  │ timothy_zindel@fd.org
5 │ 916-498-5700/Fax 916-498-5710
6 │ Attorney for Defendant
  │ CESAR SANDOVAL RAMIREZ
7 │
8 │
  │                  IN THE UNITED STATES DISTRICT COURT
9 │
  │              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │
12 │ UNITED STATES OF AMERICA,    ) Case No. 2:14-CR-0302 GEB
   │                             )
13 │         Plaintiff,          )
   │                             ) **STIPULATION AND ORDER**
14 │              vs.            ) **CONTINUING STATUS CONFERENCE**
   │                             ) **AND EXCLUDING TIME**
15 │ CESAR SANDOVAL RAMIREZ,      )
   │                             )
16 │         Defendant.          ) Date:   December 5, 2014
   │                             ) Time:   9:00 a.m.
17 │ _____ ) Judge:  Hon. Garland E. Burrell, Jr.
18 │
19 │      It is hereby stipulated and agreed between defendant, Cesar
20 │ Sandoval Ramirez, and plaintiff, United States of America, that
21 │ the status conference scheduled for December 5, 2014, may be
22 │ continued to December 19, 2014, at 9:00 a.m.
23 │      Defense counsel has proposed a resolution to the
24 │ government.  The parties need additional time to consider the
25 │ proposed resolution.  To afford time to consider the proposed
26 │ resolution, the parties agree that the interests of justice to
27 │ be served by a continuance outweigh the best interests of the
28 │ public and Mr. Ramirez in a speedy trial.  They ask the Court to

-1-

1    order time under the Speedy Trial Act excluded through December

2    19, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

3                              Respectfully submitted,

4                              HEATHER E. WILLIAMS
                              Federal Defender
5

6    Dated:  December 4, 2014      /s/ T. Zindel
                                  TIMOTHY ZINDEL
7                                  Assistant Federal Defender
                                  Attorney for CESAR S. RAMIREZ
8

9                              BENJAMIN WAGNER
                              United States Attorney
10

11   Dated:  December 4, 2014      /s/ T. Zindel for O. Olowoyeye
                                  OLUSERE OLOWOYEYE
12                                 Assistant U.S. Attorney

13

14                        **O R D E R**

15        The status conference is hereby continued to December 19,

16   2014, at 9:00 a.m., and time is excluded through that date for

17   the reasons stated above, the Court finding that the ends of

18   justice to be served by a continuance outweigh the best

19   interests of the public and Mr. Ramirez in a speedy trial.

20        IT IS SO ORDERED.

21   Dated:  December 4, 2014

22

23   _____

24   GARLAND E. BURRELL, JR.
     Senior United States District Judge
25

26

27

28