BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
RICHARD BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CESAR RAMIREZ,<br><br>             Defendants. | CASE NO. 2:14-CR-0302 GEB<br><br>STIPULATION CONTINUING SENTENCING; [proposed] ORDER<br><br>PROPOSED NEW DATE: May 15, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

     An issue arose at the sentencing hearing on April 17, 2015.  The parties need some additional time to work through a possible stipulated solution to the issue that could save both parties and the Court from protracted litigation.  Although counsel has met and conferred, additional time is still needed.  In addition, defense counsel is preparing for a trial that will commence next week and is somewhat preoccupied with that case.   Thus, the parties jointly request that the sentencing in this matter be rescheduled for May 15, 2015 at 9:00 a.m.  The parties also agree to either file a stipulation or joint statement hopefully resolving the issue by that time or agree to each file a memorandum setting forth their respective positions by Monday, May 11, 2015.

Dated:  April 27, 2015                                                            BENJAMIN B. WAGNER
                                                                                                United States Attorney


                                                                                  By:    /s/ RICHARD BENDER
                                                                                              RICHARD BENDER
                                                                                              Assistant United States Attorney

STIPULATION/ORDER CONTINUING SENTENCING                    1

[Stipulation/Order Continuing Sentencing until May 15, 2015, page two]

Dated: April 27, 2015                    /s/ TIMOTHY ZINDEL
                                         TIMOTHY ZINDEL
                                         Attorney for Cesar Ramirez

It is so ORDERED,

Dated:  April 28, 2015

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge

STIPULATION/ORDER CONTINUING SENTENCING                    2